SEQ 000148
**Company Code**    **Loc/Dept**    **Number**    **Page**
KH / 2OU 26877829    01/    50009    1 of 1
Baltimore Avenue Redevelopment Corp
3900 Ford Rd
Apt 23F
Philadelphia, PA 19131-2064

## Earnings Statement    ADP

Period Starting: 12/13/2021
Period Ending: 12/26/2021
Pay Date: 12/27/2021

Taxable Filing Status: Single
Exemptions/Allowances:
   Federal: Std W/H Table
   State: 0
   Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
   Federal: 0.00 Addnl
   State:
   Local:

**Andri L Council**
**37 W Rockland Street**
**Philadelphia, PA 19144**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 960.00 | 5760.00 |
| **Gross Pay** | | | **$960.00** | **$5,760.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -49.58 | 297.49 |
| Social Security | -59.52 | 357.12 |
| Medicare | -13.92 | 83.52 |
| Pennsylvania State Income | -29.47 | 176.82 |
| Pennsylvania State UI | -0.58 | 3.46 |
| Phila R Local Income | -36.86 | 221.16 |

**Net Pay**    **$770.07**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 160.00 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $960.00

© 1998, 2006. ADP, Inc. All Rights Reserved.

# Earnings Statement ADP

SEQ 000163
Company Code: KH / 2OU 26877829
Loc/Dept: 01/
Number: 50011
Page: 1 of 1

Baltimore Avenue Redevelopment Corp
3900 Ford Rd
Apt 23F
Philadelphia, PA 19131-2064

Period Starting: 12/27/2021
Period Ending: 01/09/2022
Pay Date: 01/10/2022

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Andri L Council
37 W Rockland Street
Philadelphia, PA 19144

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 960.00 | 960.00 |
| Gross Pay | | | $960.00 | $960.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -47.49 | 47.49 |
| Social Security | -59.52 | 59.52 |
| Medicare | -13.92 | 13.92 |
| Pennsylvania State Income | -29.47 | 29.47 |
| Pennsylvania State UI | -0.58 | 0.58 |
| Phila R Local Income | -36.86 | 36.86 |

Net Pay: $772.16

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 40.00 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $960.00

© 1998, 2006, ADP, Inc. All Rights Reserved.

## Earnings Statement — ADP

SEQ 000118
Company Code: KH / 2OU 26877829
Loc/Dept: 01/
Number: 50013
Page: 1 of 1

Baltimore Avenue Redevelopment Corp
3900 Ford Rd
Apt 23F
Philadelphia, PA 19131-2064

Period Starting: 01/10/2022
Period Ending: 01/23/2022
Pay Date: 01/24/2022

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 0
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

Andri L Council
37 W Rockland Street
Philadelphia, PA 19144

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 960.00 | 1920.00 |
| Gross Pay | | | $960.00 | $1,920.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -47.49 | 94.98 |
| Social Security | -59.52 | 119.04 |
| Medicare | -13.92 | 27.84 |
| Pennsylvania State Income | -29.47 | 58.94 |
| Pennsylvania State UI | -0.57 | 1.15 |
| Phila R Local Income | -36.86 | 73.72 |

Net Pay: $772.17

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 80.00 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $960.00

© 1998, 2006, ADP, Inc. All Rights Reserved