# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 22-10464-ELF

ANDRI L. COUNCIL, JR.

37 W. ROCKLAND STREET

PHILADELPHIA, PA 19144

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ANDRI L. COUNCIL, JR.

  37 W. ROCKLAND STREET

  PHILADELPHIA, PA 19144

Counsel for debtor(s), by electronic notice only.

  BRADLY E ALLEN ESQ
  7711 CASTOR AVE

  PHILADELPHIA,, PA 19152-

Date: 4/14/2022

                                    /S/ Kenneth E. West
                                    _____
                                    Kenneth E. West, Esquire
                                    Chapter 13 Standing Trustee