# nited States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Andri L Council, Jr.**                                                                                                 Case No.   **22-10464/ELF**

                                              Debtor(s)                                                                         Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2022 a copy of the Amended Chapter 13 Plan was served electronically or by regular United States mail to the parties and the Trustee listed below:

Andri L. Council, Jr.
37 W. Rockland St.
Philadelphia, PA 19144

PHFA
211 North Ftont Street
Harrisburg, PA 17101

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA  17128-0946

PGW
Bankruptcy Dept.
800 W. Montgomery Ave.
Philadelphia, PA 19122

Water Revenue Bureau'
c/o City of Philadelphia
Tax & Revenue Unit
1401 JFK Blvd. 5th Floor
Philadelphia, PA 19102-1595

ECMC
PO Box 16408
St. Paul, MN 55116-0408

U.S. Dept. of Education
PO Box 16448
St. Paul, MN 55116-0448

PECO  Energy
2301 Market St.
Philadelphia, PA 19101


Electronic mail to:

Rebecca Ann Solarz
on behalf of U.S. Bank Nat'l Assoc.

Pamela Elchert Thurmond
on behalf of City of Philadelphia

Kenneth E. West, Ch 13 Trustee

US Trustee

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242 Fax:215-725-8288**
**bealaw@verizon.net**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy