# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andri L. Council Jr.<br>　　　　　　　　　　Debtor(s)  | CHAPTER 13 |
| U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)<br>　　　　　　　　　　Movant<br>　　vs.  | NO. 22-10464 ELF |
| Andri L. Council Jr.<br>　　　　　　　　　　Debtor(s)  |  |
| Kenneth E. West<br>　　　　　　　　　　Trustee  | 11 U.S.C. Section 362 |

## AMENDED CERTIFICATE OF SERVICE

I, Denise Carlon, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on August 9, 2022, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Andri L. Council Jr.
37 West Rockland Street
Philadelphia, PA 19144

Attorney for Debtor(s)
BRADLY E. ALLEN, ESQUIRE
7711 Castor Avenue, (VIA ECF)
Philadelphia, PA 19152

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of the US Trustee
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Date: August 9, 2022

/s/ Denise Carlon, Esq.
_____
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant