IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------x
In re                                          :
                                               :        Chapter 13
        Andri L. Council, Jr.                  :
                                               :        Bankruptcy No. 22-10464 (elf)
                                Debtor.        :
-----------------------------------------------------x
```

### PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following document filed by the City of Philadelphia:

Objection to Confirmation of the Plan., filed on July 26, 2022 [Docket No. 46].

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: October 31, 2022          By:     /s/ Pamela Elchert Thurmond
                                         PAMELA ELCHERT THURMOND
                                         Senior Attorney
                                         PA Attorney I.D. 202054
                                         City of Philadelphia Law Department
                                         Tax & Revenue Unit
                                         1401 JFK Blvd., 5th Floor
                                         Philadelphia, PA  19102-1595
                                         215-686-0508 (phone)
                                         215-686-0588 (facsimile)
                                         Email: Pamela.Thurmond@phila.gov