# nited States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Andri L Council, Jr.**  
Debtor(s)

Case No.   **22-10464/ELF**  
Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2022 a copy of the Third Amended Chapter 13 Plan was served electronically or by regular United States mail to the parties and the Trustee listed below:

Andri L. Council, Jr.  
37 W. Rockland St.  
Philadelphia, PA 19144

PHFA  
211 North Ftont Street  
Harrisburg, PA 17101

PA Department of Revenue  
Bankruptcy Division  
PO Box 280946  
Harrisburg, PA  17128-0946

PGW  
Bankruptcy Dept.  
800 W. Montgomery Ave.  
Philadelphia, PA 19122

Water Revenue Dept. & Tax & Revenue Unit  
c/ City of Philadelphia/Law Dept.  
1401 JFK Blvd. 5th Floor  
Philadelphia, PA 19102-1595

ECMC  
PO Box 16408  
St. Paul, MN 55116-0408

U.S. Dept. of Education  
PO Box 16448  
St. Paul, MN 55116-0448

PECO  Energy  
2301 Market St.  
Philadelphia, PA 19101

Electronic mail to:

Denise Carlon, Esquire  
on behalf of U.S. Bank Nat'l Assoc./PHFA

Brian Craig Nicholas  
on behalf of US. Bank National Assoc./ PHFA

Pamela Elchert Thurmond  
on behalf of City of Philadelphia

Kenneth E. West, Ch 13 Trustee

US Trustee

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242 Fax:215-725-8288**
**bealaw@verizon.net**