# nited States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Andri L Council, Jr.**  

Debtor(s)

Case No. **22-10464/ELF**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022 a copy of Amended Schedule J was served electronically or by regular United States mail to the parties and the Trustee listed below:

Andri L. Council, Jr.
37 W. Rockland St.
Philadelphia, PA 19144

Electronic mail to:

Kenneth E. West, Ch 13 Trustee

US Trustee

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**