United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

Case No. 22-10464-elf

Andri L. Council, Jr.

Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2

User: admin

Page 1 of 3

Date Rcvd: Dec 07, 2022

Form ID: 155

Total Noticed: 23

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andri L. Council, Jr., 37 W. Rockland Street, Philadelphia, PA 19144-6020 |
| 14671905 | | Midland Funding, LLC, c/o Arthur Lashin, Esquire, 123 W. Broad Street, Ste. 1660, Philadelphia, PA 19109 |
| 14676881 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14671907 | + | Philadelphia Gas Works, Bankruptcy Division, 800 W. Montgomery Ave., Philadelphia, PA 19122-2806 |
| 14671910 | | U.S. Bank Nat'l Assn./PA Housing Finance, 211 N. Front Street, P. O. Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14671913 | | Email/Text: megan.harper@phila.gov | Dec 08 2022 00:32:00 | Water Revenue Bureau, P. O. Box 41496, Philadelphia, PA 19101-1496 |
| 14683957 | | Email/Text: megan.harper@phila.gov | Dec 08 2022 00:32:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14727624 | | Email/Text: megan.harper@phila.gov | Dec 08 2022 00:32:00 | City of Philadelphia, Law Dept - Tax Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14705960 | | Email/Text: megan.harper@phila.gov | Dec 08 2022 00:32:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14695164 | | Email/Text: megan.harper@phila.gov | Dec 08 2022 00:32:00 | City of Philadelphia, c/o Pamela Elchert Thurmond,Esquire, City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14671902 | + | Email/Text: megan.harper@phila.gov | Dec 08 2022 00:32:00 | City of Phila. - Law Dept. Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14686075 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 08 2022 00:32:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14671903 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 08 2022 00:32:00 | Educational Credit Management Corp., PO Box 16408, Saint Paul, MN 55116-0408 |
| 14671904 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 08 2022 00:32:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14671906 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2022 00:32:00 | PA Dept of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14686077 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 08 2022 00:32:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14676788 | ^ | MEBN | Dec 08 2022 00:43:24 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market |

| | | | |
|---|---|---|---|
| | | | Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14686405 | + | Email/Text: blegal@phfa.org | |
| | | Dec 08 2022 00:32:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14673247 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Dec 08 2022 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14671908 | + | Email/Text: megan.harper@phila.gov | |
| | | Dec 08 2022 00:32:00 | Philadelphia Gas Works, c/o City of Phila. Law Dept., Bankruptcy Group, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102-1640 |
| 14671911 | ^ | MEBN | |
| | | Dec 08 2022 00:43:24 | U.S. Bank Nat'l Assn/PA Housing Finance, C/O KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14688320 | | Email/Text: EDBKNotices@ecmc.org | |
| | | Dec 08 2022 00:32:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14671912 | | Email/Text: megan.harper@phila.gov | |
| | | Dec 08 2022 00:32:00 | Water Revenue Bureau, c/o City of Philadelphia Law Dept., 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14671909 | *+ | Philadelphia Gas Works, Bankruptcy Division, 800 W. Montgomery Ave., Philadelphia, PA 19122-2806 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | |
| | on behalf of Debtor Andri L. Council  Jr. bealaw@verizon.net |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY  PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING |

District/off: 0313-2                          User: admin                          Page 3 of 3
Date Rcvd: Dec 07, 2022                        Form ID: 155                        Total Noticed: 23

FINANCE AGENCY  PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) bkgroup@kmllawgroup.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER

on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

PAMELA ELCHERT THURMOND

on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Andri L. Council, Jr.

             Debtor(s)

Chapter: 13

Bankruptcy No: 22−10464−elf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

      AND NOW, this December 6, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

      A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

      B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

      C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                            Eric L. Frank
                            Judge ,
                            United States Bankruptcy Court

75 − 23
Form 155