# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 22-10464-pmm

ANDRI L. COUNCIL, JR.

37 W. ROCKLAND STREET

PHILADELPHIA, PA 19144

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANDRI L. COUNCIL, JR.

    37 W. ROCKLAND STREET

    PHILADELPHIA, PA 19144

Counsel for debtor(s), by electronic notice only.

    BRADLY E ALLEN ESQ
    7711 CASTOR AVE

    PHILADELPHIA,, PA 19152-

Date: 3/20/2023

                                    /S/ Kenneth E. West

                                    Kenneth E. West, Esquire
                                    Chapter 13 Standing Trustee