United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Andri L. Council, Jr.  
    Debtor

Case No. 22-10464-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Apr 25, 2023     Form ID: pdf900     Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andri L. Council, Jr., 37 W. Rockland Street, Philadelphia, PA 19144-6020 |
| 14671905 | | Midland Funding, LLC, c/o Arthur Lashin, Esquire, 123 W. Broad Street, Ste. 1660, Philadelphia, PA 19109 |
| 14676881 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14671907 | + | Philadelphia Gas Works, Bankruptcy Division, 800 W. Montgomery Ave., Philadelphia, PA 19122-2806 |
| 14671910 | | U.S. Bank Nat'l Assn./PA Housing Finance, 211 N. Front Street, P. O. Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14671913 | | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | Water Revenue Bureau, P. O. Box 41496, Philadelphia, PA 19101-1496 |
| 14683957 | | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14727624 | | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | City of Philadelphia, Law Dept - Tax Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14705960 | | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14695164 | | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | City of Philadelphia, c/o Pamela Elchert Thurmond,Esquire, City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14671902 | + | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | City of Phila. - Law Dept. Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14686075 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 25 2023 23:49:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14671903 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 25 2023 23:49:00 | Educational Credit Management Corp., PO Box 16408, Saint Paul, MN 55116-0408 |
| 14671904 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2023 23:49:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Apr 25, 2023 | Form ID: pdf900 | Total Noticed: 25

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14671906 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 25 2023 23:49:00 | PA Dept of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14686077 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 25 2023 23:49:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14676788 | ^ | MEBN | Apr 25 2023 23:46:52 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14686405 | + | Email/Text: blegal@phfa.org | Apr 25 2023 23:49:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14673247 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 25 2023 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14671908 | + | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | Philadelphia Gas Works, c/o City of Phila. Law Dept., Bankruptcy Group, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102-1640 |
| 14671911 | ^ | MEBN | Apr 25 2023 23:46:53 | U.S. Bank Nat'l Assn/PA Housing Finance, C/O KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14688320 | | Email/Text: EDBKNotices@ecmc.org | Apr 25 2023 23:49:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14671912 | | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Dept., 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14671909 | *+ | Philadelphia Gas Works, Bankruptcy Division, 800 W. Montgomery Ave., Philadelphia, PA 19122-2806 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

**Name**         **Email Address**
BRADLY E ALLEN
              on behalf of Debtor Andri L. Council Jr. bealaw@verizon.net

BRIAN CRAIG NICHOLAS

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2023 | Form ID: pdf900 | Total Noticed: 25 |

on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY  PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY  PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) bkgroup@kmllawgroup.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER

on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

PAMELA ELCHERT THURMOND

on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ANDRI L. COUNCIL, JR. | Chapter 13 |
| Debtor | Bankruptcy No. 22-10464-pmm |

# O R D E R

     **AND NOW**, this  25th  day of  April , 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

     **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILADELPHIA,, PA 19152-

Debtor:
ANDRI L. COUNCIL, JR.

37 W. ROCKLAND STREET

PHILADELPHIA, PA 19144