# nited States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Andri L Council, Jr.**  
Debtor(s)

Case No. **22-10464/pmm**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023 a copy of a Motion For Reconsideration of Order Dismissing Chapter 13 Case and For Reinstatement of Debtor's Case along with the Notice of Hearing of Motion scheduled on June 14, 2023 at 1:00 pm. was served electronically or by regular United States mail to the parties and the Trustee listed below:

Andri I. Council, Jr.  
37 W. Rockland St.  
Philadelphia, PA 19144

PHFA  
211 North Front Street  
Harrisburg, PA 17101

PA Dept of Revenue  
Bankruptcy Division  
PO Box 280946  
Harrisburg, PA 17128-0946

PGW  
Bankruptcy Dept.  
800 W. Montgomery Ave.  
Philadelphia, PA 19122

ECMC  
PO Box 16408  
St. Paul, MN  55116-0408

US Dept of Education  
PO Box 16448  
St. Paul, MN  55116-0448

PECO Energy  
2301 Market St.  
Philadelphia, PA 19101

Electronic mail to:

Denise Elizabeth Carlon  
on behalf of U.S. Bank National Assoc/ PHFA

Leon P. Haller  
on behalf of PHFA

Brian Craig Nicholas  
on behalf of U.S. Bank National Assoc/ PHFA

Pamela Elchert Thurmond
on behalf of City of Philadelphia

Kenneth E. West, Ch 13 Trustee

US Trustee

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242 Fax: 215-725-8288
bealaw@verizon.net**