## nited States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Andri L Council, Jr.**                                             Case No.   **22-10464/pmm**
                                            Debtor(s)                        Chapter    **13**

## CERTIFICATE OF NO RESPONSE

I hereby certify that on May 8, 2023 a copy of a Motion For Reconsideration of Order Dismissing Chapter 13 Case and For Reinstatement of Debtor's Case along with the Notice of Hearing of Motion scheduled on June 14, 2023 at 1:00 pm. was served electronically or by regular United States mail to the parties and the Trustee listed below and none of the parties have filed a Response:

Andri I. Council, Jr.
37 W. Rockland St.
Philadelphia, PA 19144

PHFA
211 North Front Street
Harrisburg, PA 17101

PA Dept of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

PGW
Bankruptcy Dept.
800 W. Montgomery Ave.
Philadelphia, PA 19122

ECMC
PO Box 16408
St. Paul, MN  55116-0408

US Dept of Education
PO Box 16448
St. Paul, MN  55116-0448

PECO Energy
2301 Market St.
Philadelphia, PA 19101

Electronic mail to:

Denise Elizabeth Carlon
on behalf of U.S. Bank National Assoc/ PHFA

Leon P. Haller
on behalf of PHFA

Brian Craig Nicholas
on behalf of U.S. Bank National Assoc/ PHFA

Pamela Elchert Thurmond
on behalf of City of Philadelphia

Kenneth E. West, Ch 13 Trustee

US Trustee

Dated: May 22, 2023

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**