**Fill in this information to identify the case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Andri L Council, Jr. | | | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | | |
| Case number (if known) | 22-10464pmm | | Chapter | 13 |

# PRAECIPE TO WITHDRAW

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw Debtor's Motion for Reconsideration of Order Dismissing Chapter 13 Case and For Reinstatement of Debtor's Case and cancel the hearing scheduled for September 13, 2023 at 1:00 p.m.

Date  9/8/23

Signature  /s/Bradly E. Allen
Attorney for Debtor